# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 28, 2005

126846-49 & (165)(166)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

46TH CIRCUIT TRIAL COURT,
          Plaintiff, Counter-Defendant,
          Third-Party Defendant -Appellee,

v

CRAWFORD COUNTY and CRAWFORD
COUNTY BOARD OF COMMISSIONERS,
          Defendants, Counter-Plaintiffs,
          Third-Party Plaintiffs-Appellants,
and

OTSEGO COUNTY,
          Third-Party Defendant,
and

KALKASKA COUNTY,
          Intervening Third-Party Plaintiff,
          Counter Defendant-Appellant.
_____/

SC: 126846-49
COA: 246823, 248593, 251390,
          252335
Crawford CC: 02-005951-CZ

By order of October 1, 2004, the application for leave to appeal and the application for leave to appeal as cross-appellant were held in abeyance pending the decision by the Court of Appeals in *46th Circuit Trial Court v Crawford County* (Docket Nos. 254179, 254181, 256129, and 257234), and *Crawford County v Otsego County* (Docket Nos. 254180, 254182).

On order of the Court, the opinion having been issued on May 3, 2005, 266 Mich App 150 (2005), the applications are again considered, and it now appearing to this Court that the case of *46th Circuit Trial Court v Crawford County* (Docket No. 128878) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present applications for leave to appeal, we ORDER that the applications be held in ABEYANCE pending the decision in that case.

Enforcement of the circuit court's awards of attorney fees shall continue to be STAYED until further order of this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 28, 2005

d1220

*Corbin R. Davis*
Clerk